1  McGREGOR W. SCOTT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:19-MJ-00137-EFB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | ) ) ) | |
| CORNELIO MORALES RODRIGUEZ, ET AL., | ) ) ) | Judge: Hon. Kendall J. Newman |
| Defendants. | ) ) ) ) | |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on September 5, 2019.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 12, 2019, at 2:00 p.m. before Magistrate Judge Allison Claire.
3. Mr. Colocho and Mr. Faber made their initial appearances on August 22, 2019, and Mr. Rodriguez made his initial appearance on August 23, 2019.
4. The defendants are presently in custody pending trial in this matter.
5. The defendants understand that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be

filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including September 12, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**Continuance of Preliminary Hearing**

**IT IS SO STIPULATED.**

DATED: August 29, 2019        /s/ Adrian T. Kinsella
                              ADRIAN T. KINSELLA
                              Assistant U.S. Attorney

DATED: August 29, 2019        /s/ Hannah R. Labaree
                              HANNAH R. LABAREE
                              Attorney for Cornelio Morales Rodriguez
                              (as authorized on August 29, 2019)

DATED: August 29, 2019        /s/ Michael J. Favero
                              MICHAEL J. FAVERO
                              Attorney for Kevin Humberto Quijada Colocho
                              (as authorized on August 29, 2019)

DATED: August 29, 2019        /s/ Michael D. Long
                              MICHAEL D. LONG
                              Attorney for Damian Isaac Rios Faber
                              (as authorized on August 29, 2019)

**ORDER**

IT IS SO FOUND AND ORDERED, this 29th day of August, 2019.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE